# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PEREGRINE NETWORK, INC., <br><br> Plaintiff, <br><br> v. <br><br> MACHEEN INC., <br><br> Defendant. | CASE NO.: 12-CV-136-PSG <br><br> [~~PROPOSED~~] ORDER GRANTING EX PARTE APPPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE <br><br> Judge: Hon. Paul Singh Grewal <br> CMC Date: April 3, 2012 <br> CMC Time: 2:00 PM |

IT IS ORDERED that the Initial Case Management Conference currently scheduled for April 3, 2012, at 2:00 p.m. is hereby continued to May 22, 2012 at 2:00 p.m.

Dated: May 9, 2012        By: _____
The Honorable Paul Singh Grewal
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING EX PARTE APPPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE    -1-    Case No.: 12-cv-136-PSG